**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Patrick R.,[1]

Plaintiff,

v.

Frank Bisignano,
*Commissioner of Social Security Administration*,

Defendant.

Case No. 26-cv-1564 (DJF)

**ORDER**

---

This matter is before the Court on Plaintiff Patrick R.'s ("Plaintiff") Petition for Attorney's Fees Under 28 U.S.C. § 2412(d) ("Motion") (ECF No. 18). Plaintiff seeks an award in the amount of $4,180.28 in fees and $555.00 in costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA") to be paid to his attorneys directly (*see* ECF Nos. 18, 19). The Government has no objection to Plaintiff's request for $4,180.28 in attorneys' fees and $555.00 in costs (ECF No. 22). Based on the parties' filings, the Court grants Plaintiff's Motion and directs the Government to pay $4,180.28 in fees and $555.00 in costs to Plaintiff's attorneys, **Wes Kappelman** and **Kirk C. Thompson**.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fees may be subject to offset to satisfy any preexisting debit that Plaintiff may owe the United States. If, after receiving the Court's EAJA fee order, the Commissioner: (1) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to

[1] This District has adopted a policy of using only the first name and last initial of any non-governmental parties in orders in Social Security matters.

Plaintiff's attorneys, Wes Kappelman and Kirk C. Thompson. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff.

Any checks issued for payment (regardless of whether the check is made out to Plaintiff or to Plaintiff's attorneys) shall be delivered to Plaintiff's attorneys at **Kappelman Law Firm, P.O. Box 1792, Ames, IA 50010.**

**IT IS SO ORDERED**.

Dated: October 19, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge